IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EARTHSHELL CORPORATION, | ) | Case No. 07-10086 (KG) |
| | ) | |
| Debtor. | ) | Re: Docket No. 97 |
| | ) | |

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KLEHR HARRISON HARVEY BRANZBURG AND ELLERS LLP AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRURARY 1, 2007

Upon the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of EarthShell® Corporation (the "Debtor"), for entry of an order authorizing the employment and retention of Klehr Harrison Harvey Branzburg and Ellers LLP ("Klehr Harrison") as local counsel to the Committee, *nunc pro tunc* to February 1, 2007 pursuant to sections 328(a), 504 and 1103(a) of Title 11 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1; and upon the Declaration of Steven K. Kortanek; and it appearing that Klehr Harrison represents no interest adverse to the estate, the Committee or creditors herein with respect to the matters for which Klehr Harrison is to be engaged, that Klehr Harrison is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, and that its employment is necessary and in the best interests of the estate, and due and adequate notice of the Application having been given, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, the Committee is hereby authorized and empowered to employ and retain Klehr Harrison, as its local counsel, effective as of February 1, 2007, on the terms and conditions set forth in the Application; and it is further

ORDERED, that compensation and reimbursement of expenses to be paid to Klehr Harrison shall be paid as an administrative expense in such amounts as shall be determined upon appropriate application to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Federal and Local Bankruptcy

Rules and the United States Trustee Guidelines for fees and all orders and such other procedures as may be fixed by this Court.

Dated: March 13, 2007

                                            /s/ Kevin Gross
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE